292

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jermaine Lamont WOOD,**
**Defendant–Appellant.**

No. 14–7071.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2014.

Decided: Nov. 25, 2014.

Jermaine Lamont Wood, Appellant Pro Se. Peter Sinclair Duffey, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine Lamont Wood appeals the district court's order denying his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Wood*, No. 3:99–cr–00144–JRS–1, 2014 WL 2766125 (E.D.Va. June 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*